UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| Allstate Indemnity Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Larry J. Oetter and Phillip R. Bryant, | ) | |
| | ) | 4:14-CV-90-BR |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for summary judgment is ALLOWED and plaintiff is not obligated to defend or indemnify Oetter in the state court action Bryant filed against him. This case is closed.

**This judgment filed and entered on June 9, 2015, and served on:**

Jeffrey B. Kuykendal (via CM/ECF Notice of Electronic Filing)
Evan G. Lewis (via CM/ECF Notice of Electronic Filing)
Glenn A. Barfield (via CM/ECF Notice of Electronic Filing)

June 9, 2015

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk